IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TOMEKA N. WALLACE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:16-cv-859-TFM [wo] |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

The Memorandum Opinion and Judgment (Docs. 14-15) entered earlier on this date are hereby VACATED due to certain scrivener's errors. A corrected opinion and judgment shall be issued forthwith.

DONE this 8th day of January, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE